## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NINA TAYLOR** | **CASE NO. 2:23-cv-03756-JTM-DPC** |
| **VS.** | **JUDGE JANE TRICHE MILAZZO** |
| **GEOVERA SPECIALTY INSURANCE COMPANY** | **MAGISTRATE DONNA PHILLIPS CURRAULT** |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Court was presented with the Agreed Joint Motion to Dismiss with Prejudice. The Court, after being informed by Plaintiff Nina Taylor and Defendant GeoVera Specialty Insurance Company that the parties have reached an amicable settlement, finds the stipulation should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED,** that the above-styled and numbered cause and any and all causes of action asserted herein are hereby **DISMISSED WITH PREJUDICE** and that each party shall bear their own costs of the Court.

SIGNED THIS 20th DAY OF AUGUST 2024.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**